**Opinion issued May 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00551-CV

———————————

**PLATINUM POWER MOVES, INC., Appellant**

**V.**

**WILBART MCCOY III, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-45530**

---

## MEMORANDUM OPINION

Appellant, Platinum Power Moves, Inc., filed a notice of appeal from the trial court's June 10, 2022 final judgment in favor of appellee, Wilbart McCoy III. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was originally due on or before October 10, 2022. The clerk's record was filed on November 29, 2022. However, no reporter's record was filed because appellant failed to request the preparation of the reporter's record and failed to make arrangements for payment for the preparations of the reporter's record. Accordingly, on April 25, 2023, the Court notified appellant that it would consider and decide those issues or points that did not require a reporter's record and set appellant's brief deadline as May 25, 2023. *See* TEX. R. APP. P. 38.6(a).

Appellant did not file an appellant's brief by that deadline. On May 31, 2023, appellant filed a motion to extend the deadline for filings its brief. The Court granted appellant's motion and extended the deadline to June 30, 2023. Appellant failed to file a brief by the extended deadline.

On July 5, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). In response to the Court's notice, on August 1, 2023, appellant filed a motion for extension of time to file its brief. Appellant requested that the deadline be extended to September 18, 2023 "[t]o give [a]ppellant sufficient time to negotiate" with appellee.

On August 1, 2023, appellee filed a response to appellant's motion for extension of time to file its brief. Appellee asserted that, despite appellant's contention that it has "decided to work to settle" the appeal, appellant "has never contacted [a]ppellee's counsel" regarding any settlement discussions. However, counsel for appellee learned that "one of [a]ppellant's agents reached out directly to [a]ppellee's agent on July 28, 2023," regarding potential settlement, "but was promptly informed that [a]ppellee is not interested in settlement."

On August 8, 2023, appellant's motion for extension of time to file its brief was denied, and appellant was ordered by the Court to file a brief within ten days of the date of the order. Appellant was further notified that failure to file a brief could result in dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.